**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDDIE LEE BEAVERS,

    Plaintiff,

  v.

LEE ANN, MTA; Doctors HUI and TED YIN; MEDICAL STAFF; APPEALS COORDINATOR; and Correctional Officer JINKENSON,

    Defendants.
                /

No. C 05-2678 PJH (PR)

**ORDER OF DISMISSAL**

  This is a civil rights case filed pro se by a state prisoner. The complaint was dismissed with leave to amend because plaintiff had failed to state a claim against any defendant. The time to amend has long since expired and petitioner has not amended. This case is **DISMISSED** with prejudice.

  **IT IS SO ORDERED.**

Dated: August 9, 2006.

                   PHYLLIS J. HAMILTON
                   United States District Judge

G:\PRO-SE\PJH\CR.05\BEAVERS678.DSM